# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Renee Lea Mckeough** DOB: 1978; United States<br>**Nicholas Gregory Gehris** DOB: 1979; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-05811 MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I). | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about February 20, 2020, in the District of Arizona, **Renee Lea Mckeough** and **Nicholas Gregory Gehris**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Ezequiel Duran-Maltos; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A); 1324(a)(1)(A)(v)(I).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about February 20, 2020, in the District of Arizona (Tombstone), United States Border Patrol Agents (BPA) saw a 2014 Dodge Journey passing through the closed SR-80 checkpoint. Record checks revealed that the vehicle was registered to **Renee Lea Mckeough** with an address in Sierra Vista. The vehicle had 26 crossing through the SR-90 checkpoint and four through the SR-80 checkpoint. All four crossing through the SR-80 checkpoint while the checkpoint was closed and within four hours of being closed. The BPA saw that the vehicle was traveling within the normal speed and flow of traffic. As he got closer, he noticed that the driver kept hitting the brakes and slowed down to eight to ten miles per hour below the posted speed limit. The BPA followed the vehicle for approximately 10 miles and noticed that the front seat passenger kept looking in the rear view mirror and side view mirror.

The BPA stopped the vehicle and noticed a cover over the rear cargo area. The driver **Mckeough** and front seat passenger **Nicholas Gregory Gehris** said that they were coming from Sierra Vista and were going to Benson. BPA noticed a rear passenger and **Mckeough** said that he was hitch hiker and that she used the translator on her phone to communicate with him. **Mckeough** and **Gehris** told the BPA that they were responsible for everything in the vehicle. The BPA determined that the rear passenger, an unaccompanied juvenile, was in the U.S. illegally. The BPA got consent from **Mckeough** to search the rear cargo area. The BPA heard **Mckeough** say "there is a person in there." The BPA found a second illegal alien hiding under a tarp and was identified as Ezequiel Duran-Maltos.

Material witness Duran said that he crossed the border illegally and walked around town until he came upon a house. He knocked on the door and **Mckeough** answered. She told Duran that she would help him and told him to get into the rear cargo area of the Journey. Duran said that they drove for approximately 20 minutes before they were pulled over.

| MATERIAL WITNESS IN RELATION TO THE CHARGE: Ezequiel Duran-Maltos | |
|---|---|
| Detention Requested<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ii | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>February 21, 2020 |

1) See Federal rules of Criminal Procedure Rules 3 and 54