| | |
|---|---|
| 1 | MICHAEL BAILEY |
| | United States Attorney |
| 2 | District of Arizona |
| | United States Courthouse |
| 3 | 405 W. Congress Street, Suite 4800 |
| | Tombstone, Arizona 85701 |
| 4 | Telephone: 520-620-7300 |
| | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | Magistrate Judge's Case No. |
| | ) | |
| Plaintiff, | ) | **20-05811 MJ** |
| | ) | |
| vs. | ) | AFFIDAVIT FOR DETENTION OF |
| | ) | MATERIAL WITNESSES |
| Renee Lea Mckeough | ) | |
| Nicholas Gregory Gehris | ) | |
| | ) | |
| Defendant. | ) | |

_Ricardo H Islava_ on oath, deposes and states:
(Name of Affiant)

1. I am a Border Patrol Agent of the United States Border Patrol, Department of Homeland Security, Tucson, Arizona, and make this affidavit as such officer.

2. A criminal complaint in this matter has been filed charging that **Renee Lea Mckeough** and **Nicholas Gregory Gehris** did knowingly transport certain illegal aliens, Ezequiel Duran-Maltos, hereinafter called "witness," in the United States, knowing or in reckless disregard of the fact that the witness had come to, entered, or remained in the United States in violation of law.

3. The said witness have testimony to give in said matter of a material nature in that the witness illegally entered the United States and the defendant did transport in the United States in any manner whatsoever, said witness, regardless of any official action which may later be taken with respect to such witness which is a violation of law.

4. The above witness is citizen and resident of Mexico who entered the United States illegally and who would return to Mexico to reside if released in the proceeding.

5. Because of the above, the presence of the witness in further proceedings in the within matter could not be required by subpoena of the court system of the United States, and securing such presence by subpoena would become impracticable.

6. I therefore request that the above-named alien be detained as witness for further proceedings in this case and that reasonable bail be set pursuant to Title 18, United States Code, Sections 3144 and 3142.

Border Patrol Agent
U.S. Border Patrol
Tucson, Arizona

Sworn and subscribed to before me this February 21, 2020.

United States Magistrate Judge